# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 3:00CR00210-003 |
| MICHELLE HARDIN MASSEY ) | USM No: 16431-058 |
| Date of Previous Judgment: May 24, 2005 ) | Tanzania Cannon-Eckerle |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ■ the defendant ❒ the Director of the Bureau of Prisons ❒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
   ■ **DENIED.**   ❒ **GRANTED** and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level:   33         Amended Offense Level:   31
Criminal History Category:   II         Criminal History Category:   II
Previous Guideline Range:   151 to 188 months      Amended Guideline Range:   121 to 151 months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
❒ The reduced sentence is within the amended guideline range.
❒ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
■ Other (explain):   No reduction is recommended. The defendant's original sentence of 120 months is the statutory mandatory minimum. Therefore, Amendment 706 has no effect on the defendant's sentence.

**III. ADDITIONAL COMMENTS**



Except as provided above, all provisions of the judgment dated   May 24, 2005   shall remain in effect.
**IT IS SO ORDERED.**

Order Date:   March 12, 2009

Effective Date: _____
(if different from order date)

Graham C. Mullen
United States District Judge